

Tuesday, November 1, 2011

No. 12–0015/AR.  U.S. v. Marvin C. Simpson.  CCA 20091039.  Appellee's motion to extend time to file an answer to the supplement to the petition for grant of review granted to November 18, 2011.

No. 12–0134/AR.  U.S. v. Jonathon L. Truss.  CCA 20080988.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 21, 2011.

